FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FELICIA CULPEPPER,<br><br>    Plaintiff,<br><br>vs.<br><br>J.E. MERIT and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO.: 07-4377-R<br><br>ASSIGNED TO JUDGE MANUEL L. REAL<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANT JACOBS FIELD SERVICES NORTH AMERICA, INC. |

This Court, having ordered that Defendant's Motion for Summary Judgment be granted in its entirety, hereby enters judgment in favor of JACOBS FIELD SERVICES NORTH AMERICA, INC., erroneously sued as J.E. MERIT ("Defendant"), and against Plaintiff FELICIA CULPEPPER ("Plaintiff") as follows:

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Judgment is granted in favor of Defendant on Plaintiff's first claim for race discrimination under California's Fair Employment and Housing Act, Government Code §§ 12940, et seq.

2. Judgment is granted in favor of Defendant on Plaintiff's second claim for sex discrimination under California's Fair Employment and Housing Act, Government Code §§ 12940, et seq.

3. Judgment is granted in favor of Defendant on Plaintiff's third claim for intentional infliction of emotional distress.

4. Judgment is granted in favor of Defendant on Plaintiff's fourth claim for wrongful termination in violation of public policy.

Based upon the foregoing, it is hereby adjudged and decreed that Judgment be entered in favor of Defendant JACOBS FIELD SERVICES NORTH AMERICA, INC., erroneously sued as J.E. MERIT, and against Plaintiff FELICIA CULPEPPER on each claim set forth in the Complaint. It is further adjudged and decreed that Defendant may recover its reasonable costs according to proof.

Dated: March 31, 2008

HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE